**IT IS ORDERED as set forth below:**

**Date: March 19, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
|    MICHAEL RODNEY BEEMON, JR. | * | CASE NO. 19-68454-jwc |
|       DEBTOR | * | |
| _____ | * | |
| | * | |
|    MICHAEL RODNEY BEEMON, JR. | * | |
|       MOVANT | * | CONTESTED MATTER |
| VS. | * | |
| | * | |
|    CAPITAL ONE AUTO FINANCE | * | |
|       RESPONDENT | * | |

## **ORDER DISALLOWING CLAIM 2-1**

This matter arose upon Debtor's Objection to Proof of Claim [Doc. No. 23] filed on February 5, 2020 and noticed for hearing March 10, 2020.  Capital One Auto Finance (hereafter Respondent) filed a claim for $22,097.22.  Counsel for the Debtor and the attorney for the Chapter 13 trustee were present, and no one appeared on behalf of Respondent at the call of the calendar on this matter, Respondent filed no response in opposition to the Objection to Proof Claim.  Accordingly, it is hereby ORDERED that the Objection to Proof of Claim is sustained:  the proof of claim filed by Capital One Auto Finance in the amount of $22,097.22. , claim number 2-1 in the claims registry, is disallowed.

[END OF DOCUMENT]

ORDER PREPARED BY:

_____/s/_____
Joseph Chad Brannen
Attorney for Debtor
Georgia State Bar No. 077120
7147 Jonesboro Road, Ste. G
Morrow, GA 30260
(770) 474-0847

NO OPPOSITION:

_____/s/_____
Julie Anania
Chapter 13 Trustee
Georgia State Bar No.477064
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303

**Distribution List**

Michael Rodney Beemon, Jr.
702 Georgetown Court
Jonesboro, GA 30236

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303

Capital One Auto Finance
c/o Coporate ServiceCompany – Registered Agent
40 Technology Parkway South
Suite 300
Norcross, GA 30092

Capital One Auto Finance, a division of Capital One, N.A.
c/o Ambrish Patel – Authorized Agent
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Joseph Chad Brannen
7147 Jonesboro Road, Ste. G
Morrow, GA 30260